ORDERED.

Dated: November 1, 2024

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:	Case No.
	3:24−bk−03064−JAF
	Chapter 7

Kateleis Thigpen−Lacey
aka KATELEIS THIGPEN


_____Debtor*_____/


### ORDER DENYING MOTION FOR RELIEF OF STAY

THIS CASE came on for consideration, without hearing, of the Motion for Relief of Stay filed by Mercedes−Benz Financial Services USA LLC , Doc. # 11 . After review, the Court determines that the motion is deficient as follows:

$199.00

Accordingly it is

***ORDERED:***

1. The motion is denied to allow movant to file an amended motion. No additional filing fee will be assessed for the filing of any amended motion filed for the purpose of correcting the

noted deficiency.

2. The automatic stay of 11 U.S.C. § 362(a) is continued in effect until further order of this Court. The deadlines of 11 U.S.C. § 362(e)(1),(2) are tolled during the abatement period.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.