ORDERED.

Dated: December 02, 2024

*Jerry A. Funk*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourt.gov

In re:  Case No.: 3:24-BK-03064-JAF

Kateleis Thigpen-Lacey,  Chapter 7

Debtor.

_____/

**ORDER GRANTING MERCEDES-BENZ FINANCIAL SERVICES USA LLC'S**
**AMENDED MOTION FOR RELIEF FROM STAY (DOC. NO.: 14)**

This case came on for consideration on the Amended Motion for Relief from Stay (Document No. 14) filed by Mercedes-Benz Financial Services USA LLC's ("Movant") pursuant to the negative notice provisions of Local Rule 2002-4 and no appropriate response was timely filed, it is

**ORDERED**:

1. The Amended Motion is GRANTED.

2. That the automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Movant's interest in the following property:

**a 2022 Mercedes-Benz GLB250W4 VIN: W1N4M4HB4NW239230**

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

Attorney Chad D. Heckman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.